*550*

**ECFHELPDESK/CAND/09/US COURTS**

08/04/2008 02:33 PM

To  CAND IntakeSF/CAND/09/USCOURTS@USCOURTS,
Rufino Santos/CAND/09/USCOURTS@USCOURTS, Cheri
Borromeo/CAND/09/USCOURTS@USCOURTS

cc

bcc

Subject  Fw: Case ready for transfer

*FILED*

*AUG 5 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Begin File Transmission (Court: California Central; Case: 2:08-cv-04618)
Data transfer status message is: OK.

File Transmission Complete ...
Begin File Preparation ...
File Preparation Complete ...
**Transferred data ready for case opening.**

CV 08

3744

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

*E-filing*

*PJH*

*(PR)*

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 08/04/2008 02:29 PM -----

**cacd_ecfmail@cacd.uscourt s.gov**

08/04/2008 12:36 PM

To  ecfhelpdesk@cand.uscourts.gov

cc

Subject  Case ready for transfer

CASE: 2:08-cv-04618
    Title  : John Good v. Borroso et al
    NOS   : 550 (Prisoner: Civil Rights)
    Cause : 28:1331fp (28:1331 Forma Pauperis Denial)
    Remarks: Transferred case to the Northern District of California

REASON: Case is ready for transfer from UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.

//ecf.cacd.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./cand/cacd_208cv04618_tar.gz&checkSum=44726&fileSize=1436505

194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-04618-UA-MLG

John Good v. Borroso et al
Assigned to: Judge Unassigned
Referred to: Magistrate Judge Marc L. Goldman
Cause: 28:1331 Forma Pauperis Denial

Date Filed: 07/15/2008
Date Terminated: 07/16/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**John Good**

represented by **John Good**
CDC T-82633
P O Box 1050
Soledad, CA 93960
PRO SE

V.

**Defendant**

**Borroso**

**Defendant**

**RN Mike Barker**

**Defendant**

**Dr. Robert Bowman**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2008 | 2 | LODGED COMPLAINT forwarded to Magistrate Judge Marc L. Goldman. Complaint sought to be filed by Plaintiff John Good. (ghap) (rla). (Entered: 07/17/2008) |
| 07/15/2008 | 1 | APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER, filed by Plaintiff John Good. (Attachments: # 1 Lodged face page of Complaint and Civil Cover Sheet)(ghap) (Additional attachment(s) added on 7/29/2008: # 2 LODGED COMPLAINT) (rla). (Additional attachment(s) added on 7/29/2008: # 3 envelope) (rla). (Entered: 07/17/2008) |
| 07/16/2008 | 4 | MEMORANDUM AND ORDER by Magistrate Judge Marc L. Goldman |

| | | |
|---|---|---|
| | | transferring CIVIL RIGHTS ACTION to the NORTHERN DISTRICT OF CALIFORNIA. (MD JS-6. Case Terminated.) (rla) (Entered: 08/04/2008) |
| 08/01/2008 | | DOCUMENT Numbers 3 and 4, Application to Proceed Informa Pauperis deleted for the following reason: Duplicate docket entries of document Number 1.(nhac) (Entered: 08/01/2008) |
| 08/04/2008 | 3 | NOTICE OF CLERICAL ERROR: 1.) During the intial docketing of Lodged Complaint 2 the docket entry received a document # in error. The document image has been deleted and the document number 2 remains. A copy of the Lodged Complaint is an attachment to the Application to Proceed in Forma Pauperis 1 ; 2.) Two Applications to Proceed in Forma Pauperis [3 & 4] were duplicate entries of Application to Proceed In Forma Pauperis 1 and have been deleted. (rla) Modified on 8/4/2008 (rla). (Entered: 08/04/2008) |
| 08/04/2008 | 5 | ELECTRONIC TRANSMITTAL of documents to the Northern District of California (rla) (Entered: 08/04/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/05/2008 08:23:20 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-04618-UA-MLG End date: 8/5/2008 |
| Billable Pages: | 2 | Cost: | 0.16 |

**Salinas Valley
State Prison**

COPIED AT STATE EXPENSE
COPIER #00426

COPIED AT STATE EXPENSE
COPIER #00426

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL - 9 2008

CENTRAL DISTRICT OF CALIFOR. DEPT.

LODGED

2008 JUN 15 PM 1:02
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE **CENTRAL** DISTRICT OF CALIFORNIA

John Good    T82633

(Name of Plaintiff)

E·1·88    PO Box 1050

(Address of Plaintiff)

SoleDAD CA 93960

CV**08 - 4618** : (MLG)

(Case Number)

vs.                                    COMPLAINT

9/0 Borroso

RN Mike Barker

DR Robert Bowman

(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:  ☒ Yes    ☐ No

B. If your answer to A is yes, how many?:  __2__  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff  John Good

Defendants  Calif Dept of Corrections 9/0 Borroso
RN Mike Barker    DR Robert Bowman

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/96

1

§ 44
Rev. 07/89)

# CIVIL COVER SHEET

he JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local
ules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket
heet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS Calif Dept of Corrections |
|---|---|
| John Good   T82633 | c/o Borroso, RN Mike Barker |
| PO Box 1050  Soledad CA 93960 | MD Robert Bowman  PO Box 1050 |
| Silinas Valley State Prison | Soledad CA 93960 |

| b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| San Bernardino Calif | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| In Pro Per | |

## I. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. Using 42 U.S.C. § 1983

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) Violation of Federal law United States Constitution "Eigth Amendment" protection against crule and unusual punishment and lack of adequate medical care

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 800,000. Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

| DATE 6-29-08 | SIGNATURE OF ATTORNEY OF RECORD   In Pro Per | 08-4618 |
|---|---|---|

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Salinas Valley
State Prison

John Good

**Plaintiff**

vs. C/O BORROSO
RN MIKE BARKER
DR Robert Bowman

**Defendant**

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

CV08-4618 (MLG)

**CASE NUMBER:**

FILED

2008 JUL 15 PM 1:02

I, __John Good__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. __Silinas valley state prison__

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is "Yes" state the amount of your pay.

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   __6-23-08    PO Box 1050 Soledad CA 93960 Silinas valley state prison__
   __MR MENDEZ  Landscapeing Education class__

3. In the past twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment    ☐ Yes    ☒ No

   b.  Rent payments, interest or dividends    ☐ Yes    ☒ No

   c.  Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d.  Disability or workers compensation payments    ☐ Yes    ☒ No

   e.  Gifts or inheritances    ☐ Yes    ☒ No

   f.  Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

COPIED AT STATE EXPENSE
COPIER #00426

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

COPIED AT STATE EXPENSE
COPIER #00426

I hereby authorize the agency having custody of me to collect from my trust account and forward to Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

6-29-08                    _John Shool_
DATE                      SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____Ø_____ on account to his/her credit at _Silinas Valley state prison_ (name of institution).  I further certify that during the past six months the applicant's average monthly balance was $_____Ø_____.  I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____Ø_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____              _____
DATE                         SIGNATURE OF AUTHORIZED OFFICER

COPIED AT STATE EXPENSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Good, John** **T82633** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: **7/3/08**

_L. Macias_

[Authorized officer of the institution]

RT ID: TS3030 .701

REPORT DATE: 06/17/08
PAGE NO:       1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

**Salinas Valley**
**State Prison**

FOR THE PERIOD: JAN. 01, 2008 THRU JUN. 17, 2008

ACCOUNT NUMBER : T82633
ACCOUNT NAME   : GOOD, JOHN CLARK
PRIVILEGE GROUP: A

BED/CELL NUMBER: FEB100000000088S
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 5/21/2008 | H114 | COPAY FEE, MED. | 2962DCOPAY | 5.00 |
| 6/13/2008 | H110 | COPIES HOLD | 3170 COPY | 1.60 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | 0.00 |

|  |
|--|
| CURRENT AVAILABLE BALANCE |
| 6.60- |

Original

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 03, 2008

ACCOUNT NUMBER : T82633                    BED/CELL NUMBER: FEB100000000088S
ACCOUNT NAME   : GOOD, JOHN CLARK                ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.        7/3/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  K. Macias  SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.00

Salinas Valley
State Prison

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL - 9 2008

CENTRAL DISTRICT OF CALIF.
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**CV08-4618 (MLG)**

John Good T82633
_____
(Name of Plaintiff)      (Case Number)

E·I·88 PO Box 1050
_____
(Address of Plaintiff)
Soledad CA 93960
_____

vs.                                COMPLAINT

%0 Borroso
_____

RN Mike Barker
_____

Dr Robert Bowman
_____
(Names of Defendants)

COPIED AT STATE EXPENSE
COPIER #00426

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☒ Yes   ☐ No

    B. If your answer to A is yes, how many?: ___2___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

      Plaintiff _John Good_____

      Defendants _Calif Dept of Corrections %0 Borroso_
      _RN Mike Barker   Dr Robert Bowman_

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/96

# CIVIL COVER SHEET

S 44
Rev. 07/89)

he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local
iles of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket
eet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
John Good   T82633
PO Box 1050   Soledad CA 93960
Silinas Valley State Prison

**DEFENDANTS** Calif Dept of CORRECTIONS
C/O BORROSO, RN MIKE BARKER
MD Robert Bowman PO BOX 1050
Soledad CA 93960

b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

SAN BERNARDINO Calif

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

IN PRO PER

ATTORNEYS (IF KNOWN)

## I. BASIS OF JURISDICTION   (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) Using 42 U.S.C. § 1983
Violation of FEDERAL LAW United States Constitution
"Eigth Amendment" Protection Against CRUlE AND UNUSUAL punishment AND
lack of Adequate medical CARE

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc Security Act | ☐ 870 Taxes (U.S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN   (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
DEMAND $ 800,000.00 Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
6-29-08

SIGNATURE OF ATTORNEY OF RECORD
IN PRO PER

**08-4618**

UNITED STATES DISTRICT COURT

Copy's

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

COPIED AT STATE EXPENSE
COPIER #00426

LOGGED

Salinas Valley
State Prison 2008 JUL 15 PM 1:02

IN THE UNITED STATES DISTRICT COURT

FOR THE **CENTRAL**. DISTRICT OF CALIFORNIA

John  Good  T82633

**(Name of Plaintiff)**

E.I. 88 PO BOX 1050

**(Address of Plaintiff)**

SoleDAD  CA  93960

CV **08 - 4618**  (MLG)

**(Case Number)**

vs.

COMPLAINT

C/o BORROSO

RN MiKe BARKER

DR. Robert Bowman

**(Names of Defendants)**

I.  Previous Lawsuits:

    A.  Have you brought any other lawsuits while a prisoner:  ☒ Yes  ☐ No

    B.  If your answer to A is yes, how many?:  ___2___  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1.  Parties to this previous lawsuit:

        Plaintiff  John Good

        Defendants  CALIF DEPT OF CORRECTIONS

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983</u>

1

 Rev'd 5/96

2. Court (if Federal Court, give name of District; if State Court, give name of County)

LOS Angeles Calif, Civil Suit

3. Docket Number _____ ?_____

4. Name of judge to whom case was assigned _____ ? _____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____ PENDING _____

6. Approximate date of filing lawsuit _____ 6-11-08 _____

7. Approximate date of disposition _____ ? _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☒ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☒ Yes    ☐ No

   If your answer is no, explain why not _____
   _____

C. Is the grievance process completed?    ☐ Yes    ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant C/O BORROSO is employed as CORRECTIONAL OFFICER at SILINAS VALLEY STATE PRISON

B. Additional defendants RN MIKE BARKER Registered NURSE SILINAS VALLEY STATE PRISON PO BOX 1050 SoledAd CA 93960

MD Robert BOWMAN DOCTOR SILINAS VALLEY STATE PRISON PO BOX 1050 SoledAd CA 93960

_____
_____

COPIED AT STATE EXPENSE
COPIER #00426

COPIED AT STATE EXPENSE
COPIER #00426

Salinas Valley State Prison

COPY COPY

IV.   Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

① ON 3-4-08 I WAS housed iN A UPPER BUNK ② ON 4-7-08 I FEll BackwARds ANd Hit my head, NECK BACK. ③ ON 4-7-08 I WENT iNTO MEDiCAL With SymPTOms I Told % BORROSO ANd RN miKE BARKER THAT felt liKE A STROKE ④ % BORROSO TOld mE To fill out A mEdiCAl REquEST ANd WAiT my TURN liKE EVERYONE Else ⑤ RN MiKE BARKER STATEd iT WAS pRobbley A PiNchEd NERVE To hANg upSidE dowN FROM THE Pull uP bARs iT WOUld Fix iT ⑥ I WENT iNTO MEdiCAl EVERY dAY FOR 10 dAYS BEFORE I SEEN DoCTOR ⑦ ON THE 2ND dAY I WENT iNTO MEdiCAl To SEE THE DR. % BORROSO SAid WAiT YOUR TURN ANd iF I DidNT liKE iT HE % BORROSO SlAMEd A 602 ON His % BORROSO DESK ANd STATEd YOUR THE 602 KiNg 602 iT YOU 602 EVERYTHiNg ElSE ANd I STill Did NOT gET To SEE THE DR

CONTiNuE SEE AttAchmENT 1

V.   Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. no cases or statutes.)

① CompENSATORY DAMAgES To PAY FOR All SURgERYS ANd AFTER CARE BECAUSE CDCR STAFF WAS NEgligENT By PUTTiNg mE iN AN UPPER BUNK WiTch CAUSEd THE ACCidENT To my INjURYS ANd PAiN ANd SUFFERiNg WiTch iS CRulE ANd UNUSEAll BECAUSE THEY REFUSE mE THE SURgERY I NEEd To NOT BE iN PAiN ② PUNiTiVE DAMAgES BECAUSE THE DEFENdENTS ACTEd WiTh EVil MOTivES OR INTENT By NOT lETTiNg mE SEE THE DOCTOR FOR 10 DAYS AFTER I HAd THE FAll WiTch WAS REckLESS OR CAllOUS iNdiFFERENCE ViolATEiNg my EigTH AMENdmENT To AdEquATE mEdiCAl ATTENTiON

Signed this __29__ day of ___JUNE___, ~~19~~ 20_08_.

_John Good_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__6-29-08__
(Date)

_John Good_
(Signature of Plaintiff)

COPiED AT STATE EXPENSE
COPIER #00426

CDC-HCD 7447 (SAMPLE) THE EXTENSION
CDC-HCD 7447 (3/96)

Salinas Valley
State Prison

WET
COPY

8. Sence CDCR here at Salinas Valley state prison has denighed me the surgery to which damage to my C-spine C-5 through C7 my symptoms have grown worse.

9. Dr. Sherer at Monterey Community hospital of Monterey said with the surgery it would relive the presure on my C-spine, and it would relive the pain I feel.

10. My pain level is Beyond A #10 in the pain scale.

11. I feel CDCR was responcible for putting me on a top bunk, when in fact they knew I've had a sizeure Disorder from the 1990's.

12. CDCR has a deliberate indifference to the Dr. Sherer at the hospital because I was 70 days to parole.

13. My medical condition is serious cause its left me disabled on my right side, face, arm, leg, neck

14. Im unable to sit upright to long, cause I see spots and black out.

15. I cant stand because I have no sence of balance

16. Sence i've been here I havnt been able to get adequate medical care for my medical needs

17. Even the A.D.A. forms they grant. But you never recieve what they grant you.

COPY COPY

18. Inmate grevience forms 602 Dont help with your treatment either.

JUN 29

To Court Clerk
    Please take notice that I John Good T82633
Am Incarcerated Here at Silinas valley state prison
Po Box 1050 Soledad Calif 93960 until
July 8th 2008 After July 8th 2008 my
mailing Address will be As Follows,
    John Good
    201 N yucca Ave Apt H-101
    Barstow Calif 92311   mess # (760) 252 4194
or (760) 221-3136
    Any and All mail After July 8 2008
please send To my Barstow Ca. Address
    If I need to send any other forms or
Information please let me know I have all
Doctors Note, Hospital Reports, who said what
The fall is Documented the spinel Injurys are
Noted Along with Disability s, the Denighing
me surgery cause I was 70 Days to parole was
Documentated by the Doctors Even The 10 Days
it Took to get to Doctor is all in my medical file
To witch I have Copys so Any Thing you
Need As proff please let me know

Salinas Valley State Prison

COPY

08-cv-4618(RJH)

John Good 1 82633
E.1:88 PO Box 1050
Siskiyus Valley State Prison
SoleDad Ca 93966

LEGAL
Mail

1983

To United States District Court
Attention: PRO SE Clerk
Central District of Calif
312 North Spring St. Room G-9
Los Angeles Ca
90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 9 1998
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY



02 1A
0004397458
MAILED FROM ZI

UNITED STATES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:    U. S. District Judge(s)
         U. S. Magistrate Judge(s)
         Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____   Document Number: _____

☐  Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐  Case number has been corrected.  The correct case number is _____

☐  Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐  Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials
     are _____.

☐  Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

     ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐  Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06,

     the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number _____
     has been reassigned to new case number _____

☐  Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location
     will result in your documents being returned to you.

☐  Case title is corrected from _____ to _____

☐  Document has been re-numbered as document number _____

☐  Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
     document.  The correct date is _____

☐  Document is missing page number(s): _____

☐  To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
     initials: _____

☐  Other: _____

CLERK, U.S. DISTRICT COURT

Date _____

By: _____
        Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (06/05)                       NOTICE OF CLERICAL ERROR



JS-6

FILED

JUL 16 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN GOOD,                          )     Case No. CV 08-4618(MLG)
                                    )
              Plaintiff,            )     MEMORANDUM AND ORDER
                                    )     TRANSFERRING CIVIL RIGHTS ACTION
      v.                            )     TO THE NORTHERN DISTRICT OF
                                    )     CALIFORNIA
C/O BORROSO, et al.,                )
                                    )
              Defendants.           )
_____)

On July 15, 2008, Petitioner, a prisoner incarcerated at the Salinas Valley State Prison in Soledad, California, filed a Declaration in Support of Request to Proceed Without Prepayment of Filing Fees and lodged a civil rights complaint in this court. The named defendants are all employed at the Salinas Valley State Prison which is located within the Northern District of California and accordingly, this matter must be transferred to that district court for review of the request to proceed without prepayment of fees and for screening of the complaint.

The federal venue statute requires that a civil action not based on diversity be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2)

1  a judicial district in which a substantial part of the events or
2  omissions giving rise to the claim occurred, or a substantial part
3  of the property that is the subject of the action is situated, or (3)
4  a judicial district in which the defendants are subject to personal
5  jurisdiction at the time the action is commenced, if there is no
6  district in which the action may otherwise be brought." 28 U.S.C.
7  § 1391(a).

8      As far as can be determined from the lodged complaint, the
9  events giving rise to the cause of action occurred in Soledad,
10 California and the alleged misconduct was committed by employees of
11 the Salinas Valley State Prison. Thus, venue in this action lies
12 solely in the Northern District of California.

13     Under 28 U.S.C. § 1404, a district court may transfer a civil
14 action to any district where it might have been brought if such a
15 transfer is for the convenience of the parties and witnesses and in
16 the interests of justice.  It is therefore ORDERED that this action
17 be transferred to the United States District Court for the Northern
18 District of California, San Francisco, California, and the Clerk of
19 this Court shall effect such transfer.

20     IT IS FURTHER ORDERED that the Clerk shall serve a copy of this
21 Order upon plaintiff.
22 Dated: July 16, 2008
23
24
25
                                    _____
26                                  Marc L. Goldman
                                    United States Magistrate Judge
27
28

                                 2

Original

Salinas Valley
State Prison

COPIED AT STATE EXPENSE
COPIER #00426

COPIED AT STATE EXPENSE
COPIER #00426

LODGED

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL - 9 2008

CENTRAL DISTRICT OF CALIFOR.
BY _____ DEP.

IN THE UNITED STATES DISTRICT COURT

FOR THE **CENTRAL** DISTRICT OF CALIFORNIA

John Good T82633

CV 08 - 4618 (MLG)

(Case Number)

(Name of Plaintiff)

E·1·88  PO Box 1050

(Address of Plaintiff)

Soledad CA 93960

vs.                                    COMPLAINT

C/o Borroso

RN mike Barker

Dr Robert Bowman

(Names of Defendants)

I.  Previous Lawsuits:

A.  Have you brought any other lawsuits while a prisoner:  ☒ Yes     ☐ No

B.  If your answer to A is yes, how many?: _____2_____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff  John Good

Defendants  Calif Dept of Corrections C/o Borroso
RN mike Barker    Dr Robert Bowman

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/96

1

2008 JUL 15  PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)

Los Angeles Calif Civil

3. Docket Number _____ ?

4. Name of judge to whom case was assigned _____ ?

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

PENDING

6. Approximate date of filing lawsuit  6-11-08

7. Approximate date of disposition _____ ?

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☒ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes    ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed?  ☐ Yes    ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant C/O Borroso _____ is employed as Correctional Officer _____ at Silinas Valley State Prison

B. Additional defendants RN Mike Barker Registered Nurse Silinas Valley state prison PO Box 1050 Soledad CA 93960

MD Robert Bowman Doctor Silinas Valley state prison PO Box 1050 Soledad CA 93960

2

COPIED AT STATE EXPENSE
COPIER #00426

Salinas Valley
State Prison

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

① ON 3-4-08 I WAS HOUSED IN A UPPER BUNK ② ON 4-7-08 I Fell AND hit my HEAD, NECK, BACK ③ ON 4-7-08 I WENT INTO medical WITH symptoms I Told C/O BORROSO AND RN MIKE BARKER That felt like A Stroke ④ C/O BORROSO Told me To fill out A medical Request AND WAIT my TURN like EVERYONE Else ⑤ RN MIKE BARKER Stated it WAS PRObley A Pinched NERVE To hang upside Down From The pull up bars it WOULD fix it ⑥ I WENT INTO medical EVERY DAY FOR 10 DAYS Before SEEING DOCTOR ⑦ ON The 2ND DAY I WENT To medical To SEE The DR. C/O BORROSO SAID WAIT your TURN like EVERYONE Else AND SAID IF I DIDNT like IT HE C/O BORROSO SlAmed A LOZ ON his DESK AND Stated your The 602 KING 602 IF you 602 EVERYThing Else    CONTINUE Attachment 1

COPIED AT STATE EXPENSE
COPIER #00426

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

Compensatory DAMAGES To pAy FOR All SURGERYS AND AFTER CARE BECAUSE CDCR STAFF WAS NEGligENT By putting me IN AN upper BUNK witch CAUSED The ACCDENT To my INJURYS AND pAIN AND SUFFERING witch is CRUEl AND UNUSAll: BECAUSE They Refuse me The SURGERY I NEED ② PUNITIVE DAMAGES BECAUSE The DEFENDENTS ACTED WITH EVIL MOTIVE OR INTENT By NOT letting me SEE The DOCTOR FOR 10 DAYS AFTER I hAD A FALL witch WAS RECKLESS OR CALLOUS INDIFFERENCE VIOLATEING my EighTh AMENDMENT To ADEQUATE MEDICAL ATTENTION

Signed this 29 day of JUNE , 2008

John Good
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6-29-08
(Date)

John Good
(Signature of Plaintiff)

COPIED AT STATE EXPENSE
COPIER #00426

3

Facts Sheet

Attachment 1

(8) SENCE KDCR HERE AT SILINAS VALLEY STATE PRISON has DENIGHED ME THE SURGERY TO WITCH DAMAGED my C-SPINE C-5 THREW C-7 my symptoms have GROWN WORSE

(9) DR SHERER AT MONTEREY COMMUNITY hospital of MONTEREY SAID WITH THE SURGERY iT WOULD RELIVE THE PRESURE ON my C-SPINE AND it WOULD RELIVE THE PAIN I feel

(10) my PAIN LEVEL iS BEYOND A # 10 iN THE PAIN SCALE

(11) I feel CDCR WAS Responcible for putting ME ON A TOP BUNK WHEN iN FACT THEY KNEW IVE HAD A SIZEURE DISORDER FROM THE 1990's

(12) CDCR HAS A DELIBERATE INDIFFERENCE TO DR SHERER AT THE HOSPITAL BECAUSE I WAS TO PAROLE iN 70 DAYS

(13) My MEDICAL CONDITION iS SERIOUSE CAUSE its lEFT ME DiSABLED ON my RiGHT SiDE FACE ARM, leg, NECK

(14) Im UNABLE to SiT up RiGHT to long CAUSE I SEE SPOTS AND BLACK OUT

(15) I CAN NOT STAND BECAUSE I HAVE NO SENCE OF BALLANCE

(16) SENCE IVE BEEN HERE AT SVSP I HAVENT BEEN ABLE TO GET ADEQUATE MEDICAL CARE FOR my MEDICAL NEEDS

(17) EVE ADA FORMS THEY GRANT BUT YOU NEVER RECIVE WHAT THEY GRANT YOU

(18) INMATE GREVIENCE FORMS 602 Dont help with THE TREATMENT YOU NEED

29

To Court Clerk       **Salinas Valley
                      State Prison**

    Please take Notice That I John Good T82633
Am Incarcerated Here At Silinas valley state prison
PO Box 1050 Soledad Calif 93960 until
July 8th 2008 After July 8th 2008 my
mailing Address will be As Follows,
    John Good
    201 N yucca Ave Apt H-101
Barstow Calif 92311   Mess # 760) 252 4194
OR (760) 221-3136
    Any And All mail After July 8 2008
please send To my Barstow Ca. Address
    If I Need To send Any other Forms or
Information please let me Know I have All
Doctors Note, Hospital Reports, who said what
The fall is Documentated the spinel Injurys Are
Noted Along with Disabilitys, the Denighing
me Surgery Cause I was 70 Days To parole was
Documentated by the Doctors Even The 10 Days
it Took to get to Doctor is all in my medical file
To witch I have copys so Any Thing you
Need As proff please let me Know

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Good   T82633
PO Box 1050   Soledad CA 93960
Silinas Valley State Prison

## DEFENDANTS
Calif Dept of Corrections
C/O Borroso, RN Mike Barker
MD Robert Bowman   PO Box 1050
Soledad CA 93960

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

San Bernardino Calif

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

In Pro Per

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION   (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Using 42 U.S.C. § 1983
Violation of Federal Law United States Constitution
"Eigth Amendment" protection against crule and unusual punishment and
lack of adequate medical care

## V. NATURE OF SUIT   (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN   (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 800,000.00   Check YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S)
IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
6-29-08

SIGNATURE OF ATTORNEY OF RECORD
In Pro Per

08-4618

UNITED STATES DISTRICT COURT



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**     Clerk, United States District Court

_____ District of _____

_____

_____

**Re:**     Transfer of our Civil Case No. _____

Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐     Original case file documents are enclosed in paper format.
☐     Electronic Documents are accessible through Pacer.
☐     Other: _____
        _____

Very truly yours,

Clerk, U.S. District Court

Date: _____          By _____
                                                            Deputy Clerk

*cc:    All counsel of record*

---

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐     CivilIntakecourtdocs-LA@cacd.uscourts.gov          (Los Angeles Office)
☐     CivilIntakecourtdocs-RS@cacd.uscourts.gov          (Riverside Office)
☐     CivilIntakecourtdocs-SA@cacd.uscourts.gov          (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____          By _____
                                                            Deputy Clerk