UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CLARK GOOD,

    Plaintiff,

v.

Correctional Officer BORROSO; RN MIKE BARKER; MD ROBERT BOWMAN; and CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendants.
                                       /

No. C 08-3744 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed by a prisoner at Salinas Valley State Prison. He states in the complaint that he has not completed administrative exhaustion.

    The Prison Litigation Reform Act of 1995 amended 42 U.S.C. § 1997e to provide that "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Compliance with the exhaustion requirement is required. *Porter v. Nussle*, 122 S. Ct. 983, 992 (2002); *Booth v. Churner*, 532 U.S. 731, 739-40 & n.5 (2001).

    Nonexhaustion under § 1997e(a) is an affirmative defense – defendants have the burden of raising and proving the absence of exhaustion. *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003). However, a complaint may be dismissed without prejudice if it is clear from the record that the prisoner has conceded that he or she did not exhaust administrative remedies. *Id.* If the court concludes that the prisoner has not exhausted nonjudicial remedies, the proper remedy is dismissal without prejudice. *Id.* at 1120.

Plaintiff states on page two of his complaint that he has not completed the administrative process. Because exhaustion must be completed *before* filing suit, not afterwards, it thus is clear that the case must be dismissed. *See McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002) (action must be dismissed if prisoner has not exhausted his or her available administrative remedies *before* filing suit, even if prisoner fully exhausts while suit is pending); *Vaden v. Summerhill*, 449 F.3d 1047, 1051 (9th Cir. 2006) (where administrative remedies are not exhausted before prisoner sends his complaint to the court, case will be dismissed even if exhaustion is completed by time complaint is actually filed).

Plaintiff's complaint is **DISMISSED** without prejudice to filing a new case after exhausting all available administrative remedies.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 8, 2009

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\GOOD3744.DSM-EXH.wpd

2